**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
_____ WACO _____ DIVISION

FILED

SEP 01 2023

U.S. BANKRUPTCY COURT
BY _bh_ DEPUTY

IN RE: KRISTINA MEREIDTH WILSON

CASE NO: 23-60459

## PRO SE FILING QUESTIONNAIRE

1. Did anyone assist you in completing your petition or schedules?  If yes, answer 2, 3, and 4.  If no, skip to 5.  ☐ Yes  ☑ No

2. Please provide their name, address, and phone number.

   Name _____

   Business Name _____

   Address _____

   Phone Number _____

3. If someone assisted you, have you paid or promised to pay that person a fee for assisting you in filing this petition or completing forms?  ☐ Yes  ☑ No

4. If so, what amount did you pay or promise to pay?  Amount $_____

5. Other than in question #2, have you paid or promised to pay anyone a fee in connection with filing this bankruptcy petition?  ☐ Yes  ☑ No

6. If so, what amount did you pay or promise to pay?  Amount $_____

I declare under penalty of perjury that the foregoing is true and correct.

**Debtor**

KRISTINA MEREIDTH WILSON
Print Name

_(signature)_
Signature of Pro Se Debtor

**Joint Debtor**

_____
Print Name

_____
Signature of Joint Pro Se Debtor