**FILED**

SEP 01 2023

U.S. BANKRUPTCY COURT
BY _____ꜱʙʜ_____ DEPUTY

23-60459

Certificate Number: 12459-TXW-CC-037728397

12459-TXW-CC-037728397

## CERTIFICATE OF COUNSELING

I CERTIFY that on September 1, 2023, at 8:08 o'clock AM PDT, Kristina Wilson received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Western District of Texas, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: September 1, 2023          By: /s/Hokulani Kabaka

                                 Name: Hokulani Kabaka

                                 Title: Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).