**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 05, 2023.**

_____
MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KRISTINA MEREIDTH WILSON, | § | CASE NO. 23-60459-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 13 |

**ORDER TO APPEAR AND SHOW CAUSE**

The Court considered the docket sheet in the above-captioned case and determined that the above-captioned Debtor previously filed the following cases, either jointly or individually:

| Prior Case No. | District | Date Filed | Chapter | Disposition | Date of Disposition |
|---|---|---|---|---|---|
| 23-60271-mmp | W.D. Tex. | 06/05/2023 | 13 | Dismissed | 06/21/2023 |
| 14-60075-rbk | W.D. Tex. | 01/31/2014 | 7 | Discharged | 05/08/2014 |

Because of the filing of several cases, it will be necessary for the Court to conduct a show-cause hearing to determine whether Case No. 23-60459-mmp should be dismissed. It is, therefore,

**ORDERED** that the above-captioned Debtor and Debtor's attorney appear before this Court on **TUESDAY, SEPTEMBER 26, 2023, AT 1:30 P.M.** in the United States Bankruptcy Court for

the Western District of Texas, United States Courthouse, 800 Franklin Avenue, Waco, Texas, and show cause as to why Case No. 23-60459-mmp should not be dismissed.

Parties are required to appear at the hearing in person. If counsel or a party wishes to attend the hearing remotely by video via the Court's WebEx platform or telephone, they may file a request with Judge Parker in CM/ECF using the "Other" category and may appear remotely only with leave of court.

# # #