IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF TEXAS

In RE:     KRISTINA MEREIDTH WILSON     §     Case Number:     23-60459-MMP-13

                                     §

            Debtor(s)                  §     Chapter:     13

## REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002

PLEASE TAKE NOTICE THAT Ally Bank hereby gives notice as follows:

Pursuant to 11 U.S.C. §342(f)(1), AIS Portfolio Services, LLC hereby requests that:

     (i)            all notices given or required to be given in the case; and

     (ii)           all pleadings and correspondence served or required to be served in this case,

regarding Ally Bank should be directed to AIS Portfolio Services, LLC at the following mailing address effective immediately:

Attn:  Ally Bank Department
AIS Portfolio Services, LLC
Account:  XXXXXXXX9573
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9008 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

Respectfully submitted,

/s/ Amitkumar Sharma
Amitkumar Sharma

Claims Processor

Bankruptcy Servicer for Ally Bank
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
(888)455-6662, Fax (817) 461-8070
ECFNotices@aisinfo.com
File # 1516189

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO Division

<u>CERTIFICATE OF SERVICE</u>

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Request for Notice was forwarded to all parties of interest as listed below or attached hereto via First Class, U.S. Mail, postage prepaid (unless otherwise indicated) on this 7th day of September,2023

/s/ Amitkumar Sharma
Amitkumar Sharma
Claims Processor, AIS Portfolio Services, LLC

**DEBTOR:**
KRISTINA MEREIDTH WILSON
606 E. WOODLAND PARK, APT 101
CHICAGO, IL 60616

**DEBTOR ATTORNEY:**
PRO SE

**TRUSTEE:**
G RAY HENDREN
4505 SPICEWOOD SPRINGS RD,STE 205
AUSTIN, TX 78759