

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

Dated: September 05, 2023.

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| IN RE: | § | |
|---|---|---|
| | § | |
| KRISTINA MEREIDTH WILSON, | § | CASE NO. 23-60459-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 13 |

ORDER TO APPEAR AND SHOW CAUSE

The Court considered the docket sheet in the above-captioned case and determined that the above-captioned Debtor previously filed the following cases, either jointly or individually:

| Prior Case No. | District | Date Filed | Chapter | Disposition | Date of Disposition |
|---|---|---|---|---|---|
| 23-60271-mmp | W.D. Tex. | 06/05/2023 | 13 | Dismissed | 06/21/2023 |
| 14-60075-rbk | W.D. Tex. | 01/31/2014 | 7 | Discharged | 05/08/2014 |

Because of the filing of several cases, it will be necessary for the Court to conduct a show-cause hearing to determine whether Case No. 23-60459-mmp should be dismissed. It is, therefore,

**ORDERED** that the above-captioned Debtor and Debtor's attorney appear before this Court on **TUESDAY, SEPTEMBER 26, 2023, AT 1:30 P.M.** in the United States Bankruptcy Court for

the Western District of Texas, United States Courthouse, 800 Franklin Avenue, Waco, Texas, and show cause as to why Case No. 23-60459-mmp should not be dismissed.

Parties are required to appear at the hearing in person. If counsel or a party wishes to attend the hearing remotely by video via the Court's WebEx platform or telephone, they may file a request with Judge Parker in CM/ECF using the "Other" category and may appear remotely only with leave of court.

# # #

United States Bankruptcy Court

Western District of Texas

In re: Case No. 23-60459-mmp

Kristina Mereidth Wilson  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-6      User: admin      Page 1 of 1

Date Rcvd: Sep 06, 2023      Form ID: pdfintp      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+++      Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Kristina Mereidth Wilson, 3100 S WS Young Drive, P.O. Box 10653, Killeen, TX 76547-0653 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| G. Ray Hendren | courtmail@rayhendren13.com  courtmailbackup@rayhendren13.com |
| Julie A. Parsons | on behalf of Creditor Bell TAD jparsons@mvbalaw.com<br>vcovington@mvbalaw.com;kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| United States Trustee - WA12 | ustpregion07.au.ecf@usdoj.gov |

TOTAL: 3