**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 05, 2023.**



_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| KRISTINA MEREIDTH WILSON, § | | CASE NO. 23-60459-MMP |
| § | | |
| DEBTOR. § | | CHAPTER 13 |

**ORDER TO APPEAR AND SHOW CAUSE**

The Court considered the docket sheet in the above-captioned case and determined that the above-captioned Debtor previously filed the following cases, either jointly or individually:

| Prior Case No. | District | Date Filed | Chapter | Disposition | Date of Disposition |
|---|---|---|---|---|---|
| 23-60271-mmp | W.D. Tex. | 06/05/2023 | 13 | Dismissed | 06/21/2023 |
| 14-60075-rbk | W.D. Tex. | 01/31/2014 | 7 | Discharged | 05/08/2014 |

Because of the filing of several cases, it will be necessary for the Court to conduct a show-cause hearing to determine whether Case No. 23-60459-mmp should be dismissed. It is, therefore,

**ORDERED** that the above-captioned Debtor and Debtor's attorney appear before this Court on **TUESDAY, SEPTEMBER 26, 2023, AT 1:30 P.M.** in the United States Bankruptcy Court for

the Western District of Texas, United States Courthouse, 800 Franklin Avenue, Waco, Texas, and show cause as to why Case No. 23-60459-mmp should not be dismissed.

<span style="color:red">Parties are required to appear at the hearing in person.</span> If counsel or a party wishes to attend the hearing remotely by video via the Court's WebEx platform or telephone, they may file a request with Judge Parker in CM/ECF using the "Other" category and may appear remotely <span style="color:red">only with leave of court.</span>

# # #

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 23-60459-mmp |
| Kristina Mereidth Wilson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 06, 2023 | Form ID: pdfipac | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Kristina Mereidth Wilson, 606 E. Woodland Park, Apt 101, Chicago, IL 60616-4148 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 18524500 | + Email/Text: julie.parsons@mvbalaw.com | Sep 06 2023 22:02:00 | Bell TAD, c/o Julie Parsons, P.O. Box 1269, Round Rock, TX 78680-1269 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Bell TAD, c/o Julie Parsons, P.O. Box 1269, Round Rock, TX 78680-1269 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 08, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| G. Ray Hendren | courtmail@rayhendren13.com courtmailbackup@rayhendren13.com |

| | | |
|---|---|---|
| District/off: 0542-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 06, 2023 | Form ID: pdfipac | Total Noticed: 2 |

Julie A. Parsons
    on behalf of Creditor Bell TAD jparsons@mvbalaw.com
    vcovington@mvbalaw.com;kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

United States Trustee - WA12
    ustpregion07.au.ecf@usdoj.gov

TOTAL: 3