# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS - WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-60459-MMP |
| KRISTINA MEREIDTH WILSON | § | CHAPTER 13 |
| Debtor | § | |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR DUPLICATE NOTICE COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002(a), (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULES 3017(a) AND 9007

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that the firm of ALDRIDGE PITE, LLP, attorneys for Planet Home Lending, LLC, hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

ALDRIDGE PITE, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

WANDA D. MURRAY<br>
ALDRIDGE PITE, LLP<br>
8880 RIO SAN DIEGO DRIVE, SUITE 725<br>
SAN DIEGO, CA 92108

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

a. Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

b. Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004;

c. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

d. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

e. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: September 13, 2023                          Respectfully Submitted,

                                        By: /s/ *Wanda D. Murray*
                                            Wanda D. Murray, BN 566381
                                            2950 N Loop W, Suite 500
                                            Houston, TX 77092
                                            Telephone: (713) 293-3610
                                            Facsimile: (858) 412-2792

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing *Notice of Appearance and Request for Duplicate Notice Combined with Request for All Copies Pursuant to Bankruptcy Rule 2002(a), (b) and Pleadings Pursuant to Bankruptcy Rules 3017(a) and 9007* to be served upon the following parties via electronic means through the Court's CM/ECF system or by pre-paid regular first class U.S. Mail on September 13, 2023.

By: /s/ Wanda D. Murray
Wanda D. Murray

**DEBTOR**

Kristina Mereidth Wilson
3100 S WS Young Drive
P.O. Box 10653
Killeen, TX 76547

**TRUSTEE**
**(via electronic notice)**

G. Ray Hendren
4505 Spicewood Springs Rd
Ste. 205
Austin, TX 78759
courtmail@rayhendren13.com